IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08CV249

| | |
|---|---|
| GARY L. DAVIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> PRAXAIR SURFACE TECHNOLOGIES, ) <br> INC., ) <br> ) <br> Defendant. ) <br> _____ ) | ORDER |

This matter is before the court upon the Defendant's Motion for Summary Judgment. Oral argument was held in this matter on January 6, 2010. For the reasons stated in open court,
IT IS THEREFORE ORDERED that Defendant's Motion for Summary Judgment is hereby GRANTED.

Signed: January 6, 2010

Graham C. Mullen
United States District Judge