# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gary L. Davis,

    Plaintiff,                              JUDGMENT IN A CIVIL CASE

vs.                                            3:08-cv-249-GCM

Praxair Surface Technologies, Inc.,

    Defendant.

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 7, 2010 Order.

Signed: January 7, 2010

Frank G. Johns, Clerk
United States District Court